UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID GONZALEZ,<br><br>                              Plaintiff,<br><br>-against-<br><br>NUEVO THREE WAY INC., 3 WAY RESTAURANT INC., MIGUELINA Y. LUNA *a/k/a* MIGUELINA BELLO and GENESIS BELLO;<br><br>                              Defendants. | 24-cv-4751 (VEC)<br><br>ORDER |

VALERIE CAPRONI, United States District Judge:

    WHEREAS Plaintiff has filed proof of service as to all Defendants, Dkts. 14–17;

    WHEREAS the deadline to answer or otherwise respond to the Complaint has elapsed for all four Defendants, Dkts. 14–17; and

    WHEREAS no defendant has either appeared or answered;

    IT IS HEREBY ORDERED that Plaintiff must move for an order to show cause why default judgment should not be entered against all Defendants, in accordance with this Court's Individual Practices, by no later than **November 8, 2024**.

**SO ORDERED.**

Date: **October 17, 2024**
     **New York, New York**

                                                  **VALERIE CAPRONI**
                                               **United States District Judge**