# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street　　　　　　Telephone: (347) 687-2019
Suite 308　　　　　　　　　　　　　　　　　　cmulhollandesq@gmail.com
Astoria, NY 111036

November 6, 2024

Honorable Valerie E. Caproni
United States District Judge
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/6/2024

Re: Gonzalez v. Nuevo Three Way Inc., et al
**24-cv-04751** (VEC)

Your Honor,

　　Plaintiff writes to respectfully request that the Plaintiff be permitted until December 6th, 2024 to submit an Order to Show Cause for Default Judgment. The undersigned requires additional time to co-ordinate with Plaintiff to execute a complete and translated declaration of facts to obviate the need for an inquest.

　　This is the first request for an extension.

*/s/Colin Mulholland, Esq.*
Colin Mulholland, Esq.
36-36 33rd Street, Suite 308
Astoria, New York 11106
Telephone: (347) 687-2019
*Attorney for Plaintiff*

---

Application GRANTED IN PART. The deadline for Plaintiff to move for an order to show cause why default judgment should not be entered against all Defendants is ADJOURNED to **Friday, November 22, 2024**.

SO ORDERED.

*[signature]*　11/6/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE