UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID GONZALEZ,<br><br>                    Plaintiff,<br><br>-against-<br><br>NUEVO THREE WAY INC., 3 WAY RESTAURANT INC., MIGUELINA Y. LUNA *a/k/a* MIGUELINA BELLO and GENESIS BELLO;<br><br>                    Defendants. | 24-cv-4751 (VEC)<br><br>ORDER |

VALERIE CAPRONI, United States District Judge:

    IT IS HEREBY ORDERED that the hearing scheduled for Friday, January 24, 2025, will take place in Judge Caproni's new courtroom: Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date:  January 22, 2025**
**         New York, New York**

                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**